# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-688

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:** KN_2345

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 06, 2021
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Nikita Kobrin
  **Author Created:** photograph
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Nikita Kobrin
Marshal Losik Street, 31-202, Minsk, 220078, Belarus

## Rights and Permissions

**Name:** Nikita Kobrin
**Email:** bykobrinphoto@gmail.com
**Address:** Marshal Losik Street, 31-202
Minsk 220078 Belarus

## Certification

**Name:** David Denholm
**Date:** June 25, 2025
**Applicant's Tracking Number:** NK2025061107

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-455-690**

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:** KN_3456

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 07, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Nikita Kobrin
  **Author Created:** photograph
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Nikita Kobrin
Marshal Losik Street, 31-202, Minsk, 220078, Belarus

---

## Rights and Permissions

**Name:** Nikita Kobrin
**Email:** bykobrinphoto@gmail.com
**Address:** Marshal Losik Street, 31-202
Minsk 220078 Belarus

## Certification

**Name:** David Denholm
**Date:** June 25, 2025
**Applicant's Tracking Number:** NK2025061109



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-666

**Effective Date of Registration:**
June 26, 2025
**Registration Decision Date:**
August 04, 2025

## Title

|  |  |
|---|---|
| **Title of Work:** | KN_1234 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 14, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Nikita Kobrin |
| **Author Created:** | photograph |
| **Citizen of:** | Belarus |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Nikita Kobrin |
|  | Marshal Losik Street, 31-202, Minsk, 220078, Belarus |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Nikita Kobrin |
| **Email:** | bykobrinphoto@gmail.com |
| **Address:** | Marshal Losik Street, 31-202 |
|  | Minsk 220078 Belarus |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 26, 2025 |
| **Applicant's Tracking Number:** | NK2025061105 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-685

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:** KN_0123

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 25, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Nikita Kobrin
  **Author Created:** photograph
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Nikita Kobrin
Marshal Losik Street, 31-202, Minsk, 220078, Belarus

## Rights and Permissions

**Name:** Nikita Kobrin
**Email:** bykobrinphoto@gmail.com
**Address:** Marshal Losik Street, 31-202
Minsk 220078 Belarus

## Certification

**Name:** David Denholm
**Date:** June 25, 2025
**Applicant's Tracking Number:** NK2025061103

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-692

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Title of Work:** KN_4567

## Completion/Publication
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Year of Completion:** 2015
**Date of 1st Publication:** October 13, 2021
**Nation of 1st Publication:** United States

## Author
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

- **Author:** Nikita Kobrin
  **Author Created:** photograph
  **Citizen of:** Belarus

## Copyright Claimant
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Copyright Claimant:** Nikita Kobrin
Marshal Losik Street, 31-202, Minsk, 220078, Belarus

## Rights and Permissions
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Name:** Nikita Kobrin
**Email:** bykobrinphoto@gmail.com
**Address:** Marshal Losik Street, 31-202
Minsk 220078 Belarus

## Certification
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Name:** David Denholm
**Date:** June 25, 2025
**Applicant's Tracking Number:** NK2025061111



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-698

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | KN_7890 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | August 08, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Nikita Kobrin |
| **Author Created:** | photograph |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nikita Kobrin |
| | Marshal Losik Street, 31-202, Minsk, 220078, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Nikita Kobrin |
| **Email:** | bykobrinphoto@gmail.com |
| **Address:** | Marshal Losik Street, 31-202 |
| | Minsk 220078 Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 25, 2025 |
| **Applicant's Tracking Number:** | NK2025061117 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-696

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

## Title
 

  **Title of Work:** KN_6789

## Completion/Publication
 

  **Year of Completion:** 2014
  **Date of 1st Publication:** August 07, 2015
  **Nation of 1st Publication:** United States

## Author
 

  •  **Author:** Nikita Kobrin
  **Author Created:** photograph
  **Citizen of:** Belarus

## Copyright Claimant
 

  **Copyright Claimant:** Nikita Kobrin
  Marshal Losik Street, 31-202, Minsk, 220078, Belarus

## Rights and Permissions
 

  **Name:** Nikita Kobrin
  **Email:** bykobrinphoto@gmail.com
  **Address:** Marshal Losik Street, 31-202
  Minsk 220078 Belarus

## Certification
 

  **Name:** David Denholm
  **Date:** June 25, 2025
  **Applicant's Tracking Number:** NK2025061115



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-693

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:** KN_5555

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 13, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Nikita Kobrin
  **Author Created:** photograph
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Nikita Kobrin
Marshal Losik Street, 31-202, Minsk, 220078, Belarus

## Rights and Permissions

**Name:** Nikita Kobrin
**Email:** bykobrinphoto@gmail.com
**Address:** Marshal Losik Street, 31-202
Minsk 220078 Belarus

## Certification

**Name:** David Denholm
**Date:** June 25, 2025
**Applicant's Tracking Number:** NK2025061112

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-182

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
July 31, 2025

## Title

| | |
|---|---|
| **Title of Work:** | KN_0011 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | May 20, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Nikita Kobrin |
| **Author Created:** | photograph |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nikita Kobrin |
| | Marshal Losik Street, 31-202, Minsk, 220078, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Nikita Kobrin |
| **Email:** | bykobrinphoto@gmail.com |
| **Address:** | Marshal Losik Street, 31-202 |
| | Minsk 220078 Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 25, 2025 |
| **Applicant's Tracking Number:** | NK2025061101 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-942

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 05, 2025

## Title

**Title of Work:** KN_9999

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 31, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Nikita Kobrin
  **Author Created:** photograph
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Nikita Kobrin
Marshal Losik Street, 31-202, Minsk, 220078, Belarus

## Rights and Permissions

**Name:** Nikita Kobrin
**Email:** bykobrinphoto@gmail.com
**Address:** Marshal Losik Street, 31-202
Minsk 220078 Belarus

## Certification

**Name:** David Denholm
**Date:** June 25, 2025
**Applicant's Tracking Number:** NK2025061121

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-694

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

|  |  |
|---|---|
| **Title of Work:** | KN_5678 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | May 22, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Nikita Kobrin |
| **Author Created:** | photograph |
| **Citizen of:** | Belarus |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Nikita Kobrin |
|  | Marshal Losik Street, 31-202, Minsk, 220078, Belarus |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Nikita Kobrin |
| **Email:** | bykobrinphoto@gmail.com |
| **Address:** | Marshal Losik Street, 31-202 |
|  | Minsk 220078 Belarus |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 25, 2025 |
| **Applicant's Tracking Number:** | NK2025061113 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-700

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

## Title

**Title of Work:** KN_8901

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 23, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Nikita Kobrin
  **Author Created:** photograph
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Nikita Kobrin
Marshal Losik Street, 31-202, Minsk, 220078, Belarus

## Rights and Permissions

**Name:** Nikita Kobrin
**Email:** bykobrinphoto@gmail.com
**Address:** Marshal Losik Street, 31-202
Minsk 220078 Belarus

## Certification

**Name:** David Denholm
**Date:** June 25, 2025
**Applicant's Tracking Number:** NK2025061119

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-684

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title
       **Title of Work:**  KN_0022

## Completion/Publication
       **Year of Completion:**  2019
       **Date of 1st Publication:**  February 02, 2019
       **Nation of 1ˢᵗ Publication:**  United States

## Author
    •    **Author:**  Nikita Kobrin
       **Author Created:**  photograph
       **Citizen of:**  Belarus

## Copyright Claimant
       **Copyright Claimant:**  Nikita Kobrin
       Marshal Losik Street, 31-202, Minsk, 220078, Belarus

## Rights and Permissions
       **Name:**  Nikita Kobrin
       **Email:**  bykobrinphoto@gmail.com
       **Address:**  Marshal Losik Street, 31-202
       Minsk 220078 Belarus

## Certification
       **Name:**  David Denholm
       **Date:**  June 25, 2025
       **Applicant's Tracking Number:**  NK2025061102



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-686**

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

## Title

**Title of Work:** KN_1111

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 17, 2015
**Nation of 1st Publication:** United States

## Author

• **Author:** Nikita Kobrin
**Author Created:** photograph
**Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Nikita Kobrin
Marshal Losik Street, 31-202, Minsk, 220078, Belarus

## Rights and Permissions

**Name:** Nikita Kobrin
**Email:** bykobrinphoto@gmail.com
**Address:** Marshal Losik Street, 31-202
Minsk 220078 Belarus

## Certification

**Name:** David Denholm
**Date:** June 25, 2025
**Applicant's Tracking Number:** NK2025061104

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-687

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | KN_2222 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | June 08, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Nikita Kobrin |
| **Author Created:** | photograph |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nikita Kobrin |
| | Marshal Losik Street, 31-202, Minsk, 220078, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Nikita Kobrin |
| **Email:** | bykobrinphoto@gmail.com |
| **Address:** | Marshal Losik Street, 31-202 |
| | Minsk 220078 Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 25, 2025 |
| **Applicant's Tracking Number:** | NK2025061106 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-689

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

## Title _____

| | |
|---|---|
| **Title of Work:** | KN_3333 |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | November 09, 2016 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Nikita Kobrin |
| **Author Created:** | photograph |
| **Citizen of:** | Belarus |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Nikita Kobrin |
| | Marshal Losik Street, 31-202, Minsk, 220078, Belarus |

## Rights and Permissions _____

| | |
|---|---|
| **Name:** | Nikita Kobrin |
| **Email:** | bykobrinphoto@gmail.com |
| **Address:** | Marshal Losik Street, 31-202 |
| | Minsk 220078 Belarus |

## Certification _____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 25, 2025 |
| **Applicant's Tracking Number:** | NK2025061108 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-691

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | KN_4444 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | March 14, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Nikita Kobrin |
| **Author Created:** | photograph |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nikita Kobrin |
| | Marshal Losik Street, 31-202, Minsk, 220078, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Nikita Kobrin |
| **Email:** | bykobrinphoto@gmail.com |
| **Address:** | Marshal Losik Street, 31-202 |
| | Minsk 220078 Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 25, 2025 |
| **Applicant's Tracking Number:** | NK2025061110 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-699

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | KN_8888 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | November 19, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Nikita Kobrin |
| | **Author Created:** | photograph |
| | **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nikita Kobrin |
| | Marshal Losik Street, 31-202, Minsk, 220078, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Nikita Kobrin |
| **Email:** | bykobrinphoto@gmail.com |
| **Address:** | Marshal Losik Street, 31-202 |
| | Minsk 220078 Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 25, 2025 |
| **Applicant's Tracking Number:** | NK2025061118 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-701

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title
 

        **Title of Work:**  KN_9012

## Completion/Publication

      **Year of Completion:**  2016
  **Date of 1st Publication:**  May 23, 2016
  **Nation of 1st Publication:**  United States

## Author

             **Author:**  Nikita Kobrin
    **Author Created:**  photograph
        **Citizen of:**  Belarus

## Copyright Claimant

  **Copyright Claimant:**  Nikita Kobrin
                Marshal Losik Street, 31-202, Minsk, 220078, Belarus

---

## Rights and Permissions

        **Name:**  Nikita Kobrin
      **Email:**  bykobrinphoto@gmail.com
    **Address:**  Marshal Losik Street, 31-202
              Minsk 220078 Belarus

## Certification

        **Name:**  David Denholm
        **Date:**  June 25, 2025
  **Applicant's Tracking Number:**  NK2025061120

