**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT                                          WHEN REPLYING, PROVIDE CASE
412–208–7500                                              NUMBER AND PARTY NAMES

March 17, 2026

Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

            RE:   NIKITA KOBRIN vs.  SCHEDULE A DEFENDANTS
                   Case Number:    2:26–CV–00419–CB

Dear Sir/Madam:

In compliance with the provisions of 17 U.S.C. 508, enclosed please find a copy of the
Complaint, Docket Entries, and AO 121 form filed in the United States District Court
for the Western District of Pennsylvania.

Thank you for your attention in this matter.

                          Very truly yours,

                          BRANDY S. LONCHENA
                          CLERK OF COURT

            By:    /s/ **Jennifer Dash**

                          Deputy Clerk

Enclosures